STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar No. 9635
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
Counsel for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-296-JAD-(CWH) |
| Plaintiff, | |
| v. | Bill of Particulars for Forfeiture of Property |
| JOHNE LEWIS OWENS, II, | |
| Defendant. | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The Criminal Indictment (ECF No. 1) seeks forfeiture of property pursuant to Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); Title 18, United States Code, Section 2428(a)(1); and Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c). To correct the property listed in the forfeiture allegations, the United States hereby gives notice that the following property is subject to forfeiture:

ZTE Z970 cell phone, IMEI 3C5891021319286, FCC ID# SRQ-Z970.

///

///

All pursuant to Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); Title 18, United States Code, Section 2428(a)(1); and Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c).

DATED this 28th day of November, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on November 28, 2017.

          /s/ Mary Stolz
          MARY STOLZ
          FSA Paralegal